IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION

ROBERT S. GLAZER, PH.D., P.A.,
d/b/a BIOENERGETICS PRESS,

    Plaintiff,

v.                                                     CASE NO. 1:10-cv-110-SPM-GRJ

FREDERIC LOWEN, an individual,
as executor or personal representative of the
estate of ALEXANDER LOWEN, M.D.,
deceased, any beneficiary, heir at law, creditor,
person, or entity claiming an interest in his
property or his probate estate,

    Defendants.
_____ /

# O R D E R

Pending before the Court is the Stipulated Motion To Amend Certain Scheduling Order Deadlines.  (Doc. 99.)  The parties request an extension of the deadlines for amending pleadings and an extension of the deadline for serving certain expert reports so that the parties can conclude a final settlement and execute the necessary documentation.

Upon due consideration, it is **ORDERED** that:

The Stipulated Motion To Amend Certain Scheduling Order Deadlines (Doc. 99) is **GRANTED**.  The deadline to amend pleadings and the deadline to serve expert reports by the party bearing the burden of proof are extended to **September 23, 2011.**

**DONE AND ORDERED** this 16th day of September, 2011.

                                *s/ Gary R. Jones*
                                GARY R. JONES
                                United States Magistrate Judge